# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

NO. 03-23-00209-CV

---

**Alex E. Jones and Free Speech Systems, LLC, Appellants**

**v.**

**Neil Heslin and Scarlett Lewis, Appellees**

---

NO. 03-25-00617-CV
NO. 03-25-00906-CV

---

**Free Speech Systems, LLC, Appellant**

**v.**

**Neil Heslin, Scarlett Lewis, David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, Robert Parker, and Erica Ash, Appellees**

---

**FROM THE 261ST & 459TH DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-GN-18-001835, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N   A N D   O R D E R

PER CURIAM

The memorandum opinion and order dated April 29, 2026, addressing the above-listed appeals arising from the same trial-court cause is supplemented and amended as follows:

This Court abates the appeal in Cause No. 03-23-00209-CV and remands that cause to the trial court to take evidence and make findings regarding the supersedeas bond contest. *See* Tex. R. App. P. 24.4(d). The evidence and findings shall include events occurring since the trial court's October 6, 2025 Order on Plaintiffs' Objection to Net Worth Declaration and Motion for Sanctions. The trial court shall direct that its order be filed with this Court in a supplemental clerk's record by May 29, 2026.

This Court's August 28, 2025 Order staying the turnover order in Cause No. 03-25-00617-CV remains in effect. This Court temporarily stays the turnover order in Cause No. 03-25-00906-CV pending further order on the Appellant's Emergency Motion for Immediate Stay of Void Turnover Order Issued in Violation of the Bankruptcy Automatic Stay. *See* Tex. R. App. P. 24.4(c) ("The appellate court may issue any temporary orders necessary to preserve the parties' rights.").

The Appellants in these cases are prohibited from dissipating or transferring assets to avoid satisfaction of the judgment. This requirement can be enforced by the trial court, though the trial court cannot make any order that interferes with the appellants' use, transfer, conveyance, or dissipation of assets in the normal course of business. *See id.*; *cf* R. 24.2(d).

It is ORDERED May 21, 2026.

Before Chief Justice Byrne, Justices Kelly and Ellis

No. 03-23-00209-CV – Abated and Remanded

No. 03-25-00617-CV – Ordered

No. 03-25-00906-CV – Ordered

Filed: May 21, 2026

2